

MAR - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

WILCOXEN CALLAHAN MONTGOMERY & DEACON
Gary B. Callahan, Bar No. 047543
E. S. Deacon, Bar No. 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

KATHERINE D. BUESSE and JAMES BUESSE

Plaintiffs,

vs.

CAMPBELL SOUP COMPANY
and DOES 1-100, inclusive,

Defendants.

Case No. S-03-0589 WBS PAN

STIPULATION AND ORDER FOR DISMISSAL

Subject to the approval of this court, the parties, through their undersigned counsel, stipulate that the within matter be dismissed with prejudice. Each side is to bear it's own fees and costs.

DATED: 2-8-05

E.S. DEACON
Attorney for Plaintiffs

DATED: Feb. 10, 2005

SCOTT LAWSON
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL                         1

**ORDER**

IT IS SO ORDERED.

DATED: 3/3/2006

_(signature)_
U.S. DISTRICT JUDGE